

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00358-CV

---

### AIR PRODUCTS HELIUM, INC., APPELLANT

### V.

### CLIFFSIDE REFINERS L.P. AND MESSER HELIUM CLIFFSIDE LLC, APPELLEES

---

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 112297-E-CV, Honorable Douglas R. Woodburn, Presiding

---

January 9, 2025

## MEMORANDUM OPINION

Before QUINN C.J., and PARKER and DOSS, JJ.

Appellant, Air Products Helium, Inc., appeals from the trial court's *Order Granting Motion for Appointment of Receiver for Defendant Cliffside Refiners, L.P.* Now pending before this Court is Appellant's unopposed motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the

motion does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against Appellant. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam